**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 0:16-mc-60540 |
| SERVICE FOODS, INC., d/b/a Blue Ribbon Foods, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:15-cv-02940-CAP |
| SERVICE FOODS, INC., d/b/a Blue Ribbon Foods, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF COMPLIANCE

COMES NOW Plaintiff, First Tennessee Bank National Association, and hereby notifies the Court that non-party witness KMT Ventures, LLC has now complied with the subpoena issued on December 17, 2015 in the United States District Court for the Northern District of Georgia in the case styled as *First Tennessee Bank National Association v. Service Foods, Inc. d/b/a Blue Ribbon Foods, et al., Case No. 1:15-cv-02940-CAP.*

*[Signature Block on Following Page]*

Submitted: May 16, 2016.                    */s/ A. RENEE DECKER*
                                            A. Renee Decker, Esq.
                                            Florida Bar No. 60384
                                            BAKER, DONELSON, BEARMAN,
                                            CALDWELL & BERKOWITZ, P.C.
                                            100 S.E. Third Ave, Suite 1620
                                            Fort Lauderdale, Florida 33394
                                            Telephone: 954.768.1600
                                            Facsimile: 954.867.1326
                                            Email:rdecker@bakerdonelson.com

                                            Attorneys for First Tennessee Bank National
                                            Association

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I served a copy of the foregoing Notice of Compliance via CM/ECF or via U.S. mail to all parties/attorneys on the list to receive service/notice in this case, including but not limited to the following:

**via U.S. Mail**

KMT Ventures, LLC
C/O CT Corporation System
1200 South Pine Island Road
Suite 250
Plantation, FL 33324

KMT Ventures, LLC
2746 Scenic Gulf Drive, #211
Miramar Beach, FL 32550

Michael J. Rosen, Esq.
Michael J. Rosen, P.A.
2333 Brickell Avenue, Ste A-1
Miami, Florida 33129

**via U.S. Mail**

Todd E. Hatcher, Esq.
H. Scott Gregory, Jr., Esq.
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta St.
Marietta, GA 30060

Gustav H. Small, Jr., Esq.
Brent William Herrin, Esq.
Elizabeth B. Hodges, Esq.
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway Suite 1600
Atlanta, GA 30339-6401

*/s/ A. RENEE DECKER*
A. Renee Decker, Esq.